CRIMINAL CAUSE FOR HEARING

BEFORE: Bianco, J.          DATE: 6/10/2019     TIME: 10:50 p.m.
                                                TIME IN COURT: 2 hours

DOCKET NUMBER: CR 17-0364      TITLE: USA v. Freiry Martinez

DEFT NAME: Freiry Martinez
 X PRESENT    ___ NOT PRESENT     X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT: Martin Geduldig
 X PRESENT    ___ NOT PRESENT                     RET ___  X C.J.A.
                                                  FED. DEF. OF NY, INC.

A.U.S.A. Paul Scotti & John Durham        DEPUTY CLERK: JJT

COURT REPORTER:  ___ P. AUERBACH  X P. LOMBARDI  ___ M. STEIGER  ___ D. TURSI
___ O. WICKER

FTR:

INTERPRETER: Maya Gray AND James Hontoria

 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___   FIRST APPEARANCE OF DEFENDANT(S) _____

___   DEFT(S) STATES TRUE NAME TO BE: _____

___   DEFT(S) ARRAIGNED ON _____ WAIVE(S) READING OF THE JUVENILE
      INFORMATION, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___   WAIVER OF INDICTMENT EXECUTED.

___   BAIL CONTINUED FOR DEFENDANT.

___   ORDER OF DETENTION ENTERED.

___   BAIL SET AT _____

___   SPEEDY TRIAL INFORMATION:
      CODE TYPE:  X-          START DATE: //2019 XSTRT
                              STOP DATE:  //2019 XSTOP

 X    OTHER: Hearing held. Defense witness Dr. Liliana Rusansky Drob
sworn/testifies: direct, cross, redirect, and re-cross examination.
Hearing concluded. Sentencing submissions due by 6/28/19

 X    SENTECING SET FOR 7/23/2019 at 10:30 a.m.

 X    DEFT. CONTINUED IN CUSTODY.