**BEFORE:** Joseph F. Bianco, U.S. Circuit Judge (Sitting by designation.)
**DATE:** 9/9/2019  **TIME:** 10:32 a.m.  **TIME IN COURT:** 1 hr.
**DOCKET #:** CR-17-0364
**CAPTION:** USA v. Friery Maritnez

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 09 2019 ★
LONG ISLAND OFFICE

**CRIMINAL CAUSE FOR SENTENCING**

**APPEARANCES:**

**Defense Counsel:** Martin Geduldig          **Defendant:** **Friery Martinez**
 X  Present   ___Not Present                   X  Present  ___ Not Present
 X  CJA  ___ Retained  ___ Federal Defenders   ___ On Bond   X  In Custody

**Government:** John Durham, Paul Scotti, and Justine Geraci

**Interpreter:** Maya Gray Spanish)

**Court Reporter:** Dom Tursi          **COURTROOM DEPUTY:** JJT

 X   Case called.

 X   Counsel for parties present.

____ Fatico Hearing held:

 X   Sentencing held as to Count 1s of the Superseding Information (S-1).

 X   Statements from defense counsel, defendant, and Government heard.

**IMPRISONMENT:**

 X   The defendant is sentenced to: 600 months

 X   To be followed by  3  years of supervised release.

____ Special conditions of supervised release are as follows:

 X   As a special condition of supervised release, if deported, the defendant may not illegally re-renter the United States.

 X   The defendant is remanded to the custody of the US Marshal.

____ The defendant shall surrender _____

____ The court makes the following recommendation to the Bureau of Prisons:_

**PROBATION:**

____ The defendant is sentenced to: _____

____ Special conditions of probation: _____

____ During the term of probation, the court will not consider any travel request except for work or family emergencies.

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

\_\_\_\_ The defendant is ordered to pay a fine in the sum of: $_____

\_\_\_\_ The fine is payable: _____

\_\_\_ The fine is waived based on the defendant's inability to pay.

_X_ Restitution is ordered: $24,108.00. Restitution is payable at a rate of $25.00, per quarter while in custody, and 10% of net monthly income while on supervised release.

_X_ Special assessment in imposed in the sum of: $100.00.

_X_ All open counts are dismissed on the motion of the Government.

_X_ The defendant is advised of his right to appeal.